UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Dyquan Clark,

    Defendant.

Criminal No. 21-mj-30332

Honorable

### GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL COMPLAINT

The United States of America hereby moves for an order unsealing the Complaint in this case, and states:

1. The Complaint in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal charging documents, implicitly authorizes this Court to unseal charging documents.

3. The government requests that the Complaint be unsealed because the defendant is being brought to duty court on a writ and will be making his initial appearance on a complaint there at 1:00 this afternoon, Monday, July 26, 2021.

WHEREFORE, the government requests this Court to issue an order unsealing the Complaint.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney


/s/ STEVEN P. CARES
Steven P. Cares
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Steven.Cares@usdoj.gov
(313) 226-9139
P68503

Dated: July 26, 2021


**IT IS SO ORDERED.**


s/David R. Grand
David R. Grand
United States Magistrate Judge

Entered: 7/26/21